## WORTHEN *v.* THE STATE.

*Atkinson, J.*—There was no error of law, and the evidence warranted the verdict.                                   *Judgment affirmed.*

Submitted October 6,—Decided October 19, 1896.

Indictment for simple larceny. Before Judge Butt. Talbot superior court. March term, 1896.

*J. J. Bull*, for plaintiff in error.
*S. P. Gilbert, solicitor-general*, contra.